## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

_____

Floyd Hantz,

    Plaintiff,

 v.

Synchrony Bank f/k/a GE Capital Retail Bank,

    Defendant.

_____

Civil Action No.: 1:14-cv-01287-JTN

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Floyd Hantz | Synchrony Bank f/k/a GE Capital Retail Bank |
|---|---|
| ___/s/ Sergei Lemberg_____ | _/s/ _Deborah A. Lujan_____ |
| Sergei Lemberg, Esq. | Deborah A. Lujan, Esq. |
| LEMBERG LAW, LLC | COLLINS, EINHORN, FARRELL, P.C. |
| 1100 Summer Street, 3rd Floor | 4000 Town Center, Suite 909 |
| Stamford, CT  06905 | Southfield, MI 48075-1473 |
| Tel: (203) 653-2250 | Tel: (248) 351-5417 |
| slemberg@lemberglaw.com | deborah.lujan@ceflawyers.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

                           By */s/ Sergei Lemberg*

                              Sergei Lemberg, Esq.